## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE:  **Andre LazarYoung**                                                        Case No.

**Debbie Lagail Young**
        Debtor(s)                                                                Chapter 13 Proceeding

☐ *AMENDED*   ☐ *MODIFIED*

## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*

*Use of the singular word "Debtor" in this Plan includes the plural where appropriate.*

### Plan Summary

**A.** The Debtor's Plan Payment will be _____ **$2,700.00  Monthly** _____, paid by  ☑ Pay Order or ☐ Direct Pay
for _____ **57 months** _____. The gross amount to be paid into the plan is _____ **$153,900.00** _____.

**B.** The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately **100%** of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

**C.** The value of the Debtor's non-exempt assets is _____ **$0.00** _____.

**D.** If the payment of any debt is proposed to be paid directly by the Debtor outside the Plan, it is so noted in Section VI(1), set forth below.

### Plan Provisions

### I. Vesting of Estate Property

☑ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☐ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Andre LazarYoung**                                          Case No.

        **Debbie Lagail Young**
            Debtor(s)                                          Chapter 13 Proceeding

☐ *AMENDED*    ☐ *MODIFIED*

**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 1*

## II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor's good faith, promote successful completion of the case, and to provide adequate protection to secured creditors.  The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition.  Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the the petition is filed.  Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
|---|---|---|
| American Honda Finance<br>2007 Honda Accord | $276.88 | |
| Bk Of Amer<br>2004 Chevrolet Trailblazer | $217.50 | |
| Capital One Auto Finance<br>2008 Honda Civic | $290.63 | |

## III.  Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| T-Mobile | Service Contract $149.50/Month Beginning:6/2008 | Assumed | No |

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| Verizon Wireless | Service Contract Terms: $149.99/Month Beginning: 10/07 | Rejected | Yes |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Andre LazarYoung**                                                      Case No.

**Debbie Lagail Young**
　　　　　　Debtor(s)                                                            Chapter 13 Proceeding

☐ *AMENDED*  ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**
*Continuation Sheet # 2*

---

### IV.  Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan.  Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated.  The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2).  Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date.  If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor / Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| | | | | | | |

*"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on _____ ."*

_____                    _____
Debtor                                                                                        Joint Debtor

### V.  Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided.  If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions.  Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date.  If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.  (Debtor must list the specific exempt property that the lien impairs and the basis of the lien--e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
| | | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Andre LazarYoung**                                   Case No.

**Debbie Lagail Young**

Debtor(s)                                     Chapter 13 Proceeding

□  *AMENDED*    □  *MODIFIED*

## DEBTOR(S)' CHAPTER 13 PLAN

## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 3*

---

### VI.  Specific Treatment for Payment of Allowed Claims

**1.  PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS**

**A.**  Debtor(s) shall pay the following creditors directly.  Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, MUST be paid directly.  Minors should be identified by their initials only.  If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth.  Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor / Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| ACS/Wachovia | | $21,998.02 | |
| American Home Mortgage Servicing Inc. 8703 Starview St. Temple, TX 76502 | | $171,191.80 | $1,341.97 |
| American Home Mortgage Servicing Inc. 8703 Starview St. Temple, TX 76502 | | $39,158.84 | $340.00 |
| ECMC | | $47,648.47 | $89.00 |
| ECMC | | $8,500.00 | |
| ECMC | | $40,467.38 | |
| Nelnet for College Access Network | | $0.00 | $91.00 |
| Wachovia Education Fin | | $10,000.00 | |
| Wachovia Education Fin | | $5,584.00 | |
| Wachovia Education Fin | | $7,149.00 | |
| Wachovia/acs | | $21,689.00 | $251.00 |
| Wells Fargo Ed Fin Svc | | $0.00 | |
| Wells Fargo Ed Fin Svc | | $0.00 | |
| Wells Fargo Ed Fin Svc | | $0.00 | |

**B.**  Debtor surrenders the following collateral.  Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
| | |

Form 11/7/05                *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas -  (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Andre LazarYoung**                                    Case No.

   **Debbie Lagail Young**
   Debtor(s)                                                    Chapter 13 Proceeding

☐ *AMENDED*    ☐ *MODIFIED*

**DEBTOR(S)' CHAPTER 13 PLAN**

**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 4*

## 2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS

**A.**  Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor's attorney's fees.  The Trustee shall receive up to 10% of all sums disbursed, except on any funds returned to the Debtor.  No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| James C. Herring & Associates | $2,700.00 | Along With | |

**B.**  Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| | | | |

**C.**  Arrearage Claims

| Creditor / Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| American Home Mortgage Servicing Inc. 8703 Starview St. Temple, TX 76502 | $9,777.09 | $9,777.09 | Pro-Rata | 5% | $10,340.55 | |
| American Home Mortgage Servicing Inc. 8703 Starview St. Temple, TX 76502 | $2,826.31 | $2,826.31 | Pro-Rata | 5% | $2,989.21 | |
| American Home Mortgage Servicing Inc. 8703 Starview St. Temple, TX 76502 | $9,286.94 | $9,286.94 | Pro-Rata | 0% | $9,286.94 | |
| American Home Mortgage Servicing Inc. 8703 Starview St. Temple, TX 76502 | $2,128.88 | $2,128.88 | Pro-Rata | 0% | $2,128.88 | |

**D.**  Cure Claims on Assumed Contracts, Leases, and Contracts for Deed

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|
| | | | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Andre LazarYoung**                                                      Case No.

**Debbie Lagail Young**

Debtor(s)                                                                Chapter 13 Proceeding

☐ *AMENDED*    ☐ *MODIFIED*

**DEBTOR(S)' CHAPTER 13 PLAN**

**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 5*

**E.**  Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328.  Therefore, if the debtor's case is dismissed or converted without completing of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| American Honda Finance 2007 Honda Accord | $26,795.65 | $17,150.00 | $747.69 Avg. | 6.5% | $30,655.28 | Pay claim amount |
| Bell County Tax A/C 8706 Starview St. Temple, TX 76502 | $0.00 | $0.00 | Pro-Rata | 12% | $0.00 | |
| Bk Of Amer 2004 Chevrolet Trailblazer | $13,142.79 | $10,000.00 | $325.61 Avg. | 5% | $10,745.00 | |
| Capital One Auto Finance 2008 Honda Civic | $26,596.53 | $23,250.00 | $719.70 Avg. | 5% | $29,507.62 | Pay claim amount |
| Lacks Living Room Suite | $439.57 | $900.00 | Pro-Rata | 5% | $464.91 | |

**F.**  General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed).
*Describe treatment for the class of general unsecured creditors.*

General Unsecured Creditors will receive approximately   __**100%**__   of their allowed claims.

**Totals:**

| | |
|---|---|
| Administrative Claims | **$2,700.00** |
| Priority Claims | **$0.00** |
| Arrearage Claims | **$24,019.22** |
| Cure Claims | **$0.00** |
| Secured Claims | **$63,831.75** |
| Unsecured Claims | **$38,162.42** |

**VII.  Supplemental Plan Provisions**

The following are the Supplemental Plan Provisions:

**Student Loan Repayment**

Debtor(s) will repay all student loans directly, not in Chapter 13 plan.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Andre LazarYoung**                                      Case No.

       **Debbie Lagail Young**
             Debtor(s)                                      Chapter 13 Proceeding

☐ *AMENDED*    ☐ *MODIFIED*

**DEBTOR(S)' CHAPTER 13 PLAN**

**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 6*

---

**Step Fixed Payments Are Designated in This Plan**

Under 11 U.S.C. Sec. 1325(a)(5)(B)(iii), each secured creditor is allowed to receive a fixed payment for the duration of the plan. This plan makes provision for step fixed payments.  Unless an objection is filed by the secured creditor(s) regarding the variable payments, the variable payments will be deemed acceptable to that secured creditor for the duration of the plan.

Respectfully submitted this date:   **07/07/2009**          .

                                    **/s/ Glynn Beaty**
                                    Glynn Beaty
                                    6801 Sanger Aveune, Ste 190
                                    Waco, TX  76710
                                    Phone: (254) 399-9977 / Fax: (254) 399-9909
                                    (Attorney for Debtor)

**/s/ Andre LazarYoung**                             **/s/ Debbie Lagail Young**
Andre LazarYoung                                   Debbie Lagail Young
8703 Starview St.                                       8703 Starview St.
Temple, TX 76502                                    Temple, TX 76502
(Debtor)                                                (Joint Debtor)

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas -  (210) 561-5300*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE:  **Andre LazarYoung** _____          CASE NO.

_Debtor_

**Debbie Lagail Young** _____          CHAPTER    **13**

_Joint Debtor_

## CERTIFICATE OF SERVICE

_____

   I, the undersigned, hereby certify that on July 7, 2009, a copy of the attached Chapter 13 Plan, with any attachments, and Budget and Monthly Family Income were served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

   **/s/ Glynn Beaty** _____

Glynn Beaty
Bar ID:24026787
James C. Herring & Associates
6801 Sanger Aveune, Ste 190
Waco, TX  76710
(254) 399-9977

_____

| | | |
|---|---|---|
| AAFES/MIL STAR/EXCHANGE<br>xxxxxxxxxxxxxx5062<br>P O Box 740933<br>Dallas,Tx 75374 | American Home Mortgage Servicing Inc<br>xxxxxxxxx2275<br>PO Box 631730<br>Irving, TX 75063-1730 | American Home Mortgage Servicing Inc.<br>xxxxxxxxx2283<br>PO Box 631730<br>Irving, TX 75063-1730 |
| AAFES/MIL STAR/EXCHANGE<br>xxxxxxxxxxxxx6545<br>P O Box 740933<br>Dallas,Tx 75374 | American Home Mortgage Servicing Inc<br>xxxxxxxxx2283<br>PO Box 631730<br>Irving, TX 75063-1730 | American Honda Finance<br>xxxx1262<br>PO Box 168088<br>Irving, TX 75016 |
| ACS/Wachovia<br>xxxx0633<br>PO Box 22724<br>Long Beach, CA 90801-5724 | American Home Mortgage Servicing Inc<br>xxxxxxxxx2275<br>PO Box 631730<br>Irving, TX 75063-1730 | Andre LazarYoung<br>8703 Starview St.<br>Temple, TX 76502 |
| American Home Mortgage Servicing Inc.<br>xxxxxxxxx2283<br>PO Box 631730<br>Irving, TX 75063-1730 | American Home Mortgage Servicing Inc.<br>xxxxxxxxx2283<br>PO Box 631730<br>Irving, TX 75063-1730 | Ascension Capital Group<br>PO Box 201347<br>Arlington, TX 76006 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Andre LazarYoung** _____        CASE NO.
_____
                          *Debtor*


**Debbie Lagail Young** _____        CHAPTER   **13**
_____
                          *Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

---

Bank of America Military Bank
xxxxxx0959
Fort Sam Houston Banking Center
1422 East Grayson Box 8000
San Antonio, TX 78208

CashCall Inc
xx6533
MS 550
PO Box 91121
Seattle, WA 98111-9221

eCAST Settlement Corp
xxxxxxxx0220
Transferee of Capital One
PO Box 35480
Newark, NJ 07193-5480


Bell County Tax A/C
xxxious
PO Box 390
Belton, TX 76513-0390

CBA Collections
xxx6827
PO Box 5013
Hayward, CA 94540-5013

eCAST Settlement Corp
xxxxxxxx1000
Transferee of Chase
PO Box 35480
Newark, NJ 07193-5480


Bk Of Amer
xx4687
1422 East Grayson
San Antonio, TX 78208

CHASE BANK USA , N.A.
xxxxxxxxxxxx3009
PO BOX 100018
KENNESAW, GA 30156-9104

eCAST Settlement Corp
xxxxxxxx5078
Transferee of GE Money Bank
PO Box 35480
Newark, NJ 07193-5480


Capella University
xxx0077
PO Box 1450
Minneapolis, MN 55485

Credit Protect Assoc.
xxxxx0500
PO Box 802068
Dallas, TX 75380

eCAST Settlement Corporation
assignee of
GE Money Bank/JC Penney Consumer
POB 35480
Newark NJ 07193-5480


Capital One Auto Finance
xxxxxxxxxxxx1001
PO Box 201347
Arlington, TX 76006

Direct Charge
xxxxxxxxx6120
P O Box 740933
Dallas,Tx 75374

ECMC
xxxx3974
7325 Beaufont Springs, Ste. 200
Richmond, VA 23225


Cash Net USA
xxxious
200 W. Jackson BLvd 14th FLoor
Chicago, IL 60606-6941

Discover
9489
PO Box 30395
Salt Lake City, UT 84130

ECMC
xxxx5060
7325 Beaufont Springs, Ste. 200
Richmond, VA 23225


Cash Transfer Centers
xxxious
dba Northway Credit
PO Box 10726
Wilmington, DE 19803

Discover Bank/DFS Services LLC
xxxxxxxx3076
PO Box 3025
New Albany, OH 43054-3025

ECMC
xxxxxxxxxxx0002
7325 Beaufont Springs, Ste. 200
Richmond, VA 23225

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Andre LazarYoung** _____                    CASE NO.
                                   *Debtor*

        **Debbie Lagail Young** _____          CHAPTER    **13**
                                *Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #2)

---

| | | |
|---|---|---|
| Federal Credit Corp<br>xxxxx07N1<br>Po Box 599<br>Colleyville, TX 76034 | IRS-Special Procedures<br>PO Box 21126<br>Philadelphia, PA 19114 | Loan Shop Online<br>xx8567<br>LTs Management Services<br>2207 Concord Pike #505<br>Wilmington, DE 19803 |
| First Bank of Delaware<br>xxxx5694<br>1000 Rocky Run Parkway<br>Wilmington, DE. 19803 | JC Penney<br>xx9569<br>Attention:  Bankruptcy Department<br>PO Box 103106<br>Roswell, GA 30076 | LTD Financial Service<br>xxxxxxxx3650<br>7322 SW Frwy #1600<br>Houston, TX  77074 |
| GC Services<br>xxxxx2256<br>Attn: Bankruptcy<br>6330 Gulfton<br>Houston, TX 77081 | Jefferson Capital Systems LLC<br>xxxxxxxxxxxx9073<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 | McCreary, Veselka, Bragg & Allen, P.C.<br>Lee Gordon<br>P. O. Box 1269<br>Round Rock, TX 78680 |
| HSBC<br>xxxxxxxx0392<br>ATTN: BANKRUPTCY<br>PO BOX 5213<br>Carol Stream, IL 60197 | June A. Mann<br>Mann & Stevens, P.C.<br>550 Westcott Street, Suite 560<br>Houston, TX 77007 | Medical Data Systems I<br>xxxxxxxx9283<br>Attn: Bankruptcy<br>2001 9th Ave Ste 312<br>Vero Beach, FL 32960 |
| HSBC Auto Finance<br>xxxx0084<br>Bankruptcy Notices<br>PO Box 17909<br>San Diego, CA 92177 | Lacks<br>xxxxxxxxxx6711<br>2391 Ne Loop Suite 201<br>San Antonio, TX 78217 | Mil Star<br>xxxxxxxx0486<br>Attention: Bankruptcy<br>PO Box 650062<br>Dallas, TX 75236 |
| Hsbc Bank<br>xxxxxxxxxxx8587<br>Po Box 5253<br>Carol Stream, IL 60197 | Loan Point<br>xx2296<br>PO Box 148<br>Mission, KS 66201 | Mil Star<br>xxxxxxxx0178<br>Attention: Bankruptcy<br>PO Box 650062<br>Dallas, TX 75236 |
| Hsbc Bank<br>xxxxxxxxxxx7586<br>Po Box 5253<br>Carol Stream, IL 60197 | Loan Point USA<br>xx2296<br>PO Box 148<br>Mission, KS 66201 | Mil Star<br>xxxxxxxxxx6545<br>Attention: Bankruptcy<br>PO Box 650062<br>Dallas, TX 75236 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE:  **Andre LazarYoung**                                                                    CASE NO.

_Debtor_

**Debbie Lagail Young**                                                          CHAPTER    **13**

_Joint Debtor_

## CERTIFICATE OF SERVICE
### (Continuation Sheet #3)

---

| | | |
|---|---|---|
| MILITARY ACCEPTANCE CORPORATION<br>xxx3657<br>PO BOX 10338<br>KANSAS CITY, MO 64111-0338 | Pay check today<br>xx8882<br>MTE Financial Services<br>38 E Ridgewood Ave #395<br>Ridgewood, NJ 07450 | United Cash Loans<br>xxxxx2299<br>3531 P St. N W PO Box 111<br>Miami, OK 74355 |
| MILITARY ACCEPTANCE CORPORATION<br>PO BOX 10338<br>KANSAS CITY, MO 64111-0338 | Prin Res Mtg<br>xxx6871<br>Attn: Bankruptcy<br>Des Moines, IA 50392 | USAA FEDERAL SAVINGS BANK<br>xxxxxxxx5882<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 |
| My Cash Now<br>xxxxx3980<br>2533 North Carson Ste 5020<br>Carson City, NV 89706-0147 | Quest Direct<br>xxxious<br>1400 Raff Rd. SW<br>Canton, OH 44750 | USAA Savings Bank<br>xxxxxxxx/xxxx949-1<br>10750 McDermott Fwy<br>San Antonio, TX 78288 |
| Nelnet for College Access Network<br>xxxx3874<br>College Access Network<br>999 18th Street, Suite 425<br>Denver, CO 80202 | Ray Hendren, Trustee<br>8310 Capital of Texas Hwy North<br>Austin, TX 78731 | Valley Cred<br>xxxxxxx0097<br>Pob 2162<br>Hagerstown, MD 21742 |
| New World MEdia<br>xxxxxxxx/xx9769<br>6245 Howard Street<br>Niles, IL 60714 | Roundup Funding LLC<br>xxxx-xxxx-xxxx-5275<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Verizon Wireless<br>xxxxxxxx-0001<br>POB 3397<br>Bloomington, IL 61701 |
| OSI<br>xxx3944<br>P.O. Box 968<br>Brookfield, WI 53008 | Sage Meadows<br>xxxxxxxxxxx3350<br>c/o Real Manage<br>12335 Hymeadow Drive<br>Austin, TX 78750 | Wachovia Education Fin<br>xxxx5072<br>Po Box 3117<br>Winston Salem, NC 27102 |
| OSI Recovery Solutions<br>xxxxxxxx0337<br>PO Box 8902<br>Westbury, NY 11590-8902 | Sprint Nextel Correspondence<br>xxxxxxxxxxxxxxxxxx0310<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | Wachovia Education Fin<br>xxxx3305<br>Po Box 3117<br>Winston Salem, NC 27102 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Andre LazarYoung** _____     CASE NO.

_Debtor_

**Debbie Lagail Young** _____     CHAPTER   **13**

_Joint Debtor_

## CERTIFICATE OF SERVICE
(Continuation Sheet #4)

Wachovia Education Fin
xxxx0561
Po Box 3117
Winston Salem, NC 27102


Wachovia/acs
xxxxxx7371
501 Bleecker St
Utica, NY 13501


Wells Fargo Ed Fin Svc
xxxxxxxxxxxx0003
301 E 58th St N
Sioux Falls, SD 57104


Wells Fargo Ed Fin Svc
xxxxxxxxxxxx0004
301 E 58th St N
Sioux Falls, SD 57104


Wells Fargo Ed Fin Svc
xxxxxxxxxxxx0001
301 E 58th St N
Sioux Falls, SD 57104

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE:  **Andre LazarYoung,  Debtor**

Debbie Lagail Young,  Joint Debtor

CASE NO   **Unknown**

CHAPTER   **13**

# PROPOSED PAYMENT SCHEDULE FOR CHAPTER 13 PLAN (PRO FORMA)

*The following payment schedule is a projection of the anticipated payments to be made to the creditors under the plan.   This Pro Forma serves as support documentation to the debtor's proposed plan.  Actual distributions by the Chapter 13 Trustee may vary.*

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 1 | MONTH 2 | MONTH 3 | MONTH 4 | MONTH 5 | MONTH 6 |
|---|---|---|---|---|---|---|---|---|---|
| American Home Mortgage Servici | $9,777.09 | 5.00% | $563.46 | $420.14 | $340.69 | $341.34 | $342.00 | $342.66 | $343.32 |
| American Home Mortgage Servici | $2,826.31 | 5.00% | $162.90 | $121.45 | $98.49 | $98.68 | $98.87 | $99.06 | $99.25 |
| American Home Mortgage Servici | $9,286.94 | 0.00% | $0.00 | $397.42 | $320.93 | $320.22 | $319.51 | $318.79 | $318.08 |
| American Home Mortgage Servici | $2,128.88 | 0.00% | $0.00 | $91.10 | $73.57 | $73.41 | $73.24 | $73.08 | $72.92 |
| American Honda Finance | $26,795.65 | 6.50% | $3,859.63 | $215.00 | $515.00 | $515.00 | $515.00 | $515.00 | $515.00 |
| Bell County Tax A/C | $0.00 | 12.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bk Of Amer | $10,000.00 | 5.00% | $745.00 | $125.00 | $325.00 | $325.00 | $325.00 | $325.00 | $325.00 |
| Capital One Auto Finance | $26,596.53 | 5.00% | $2,911.09 | $291.00 | $491.00 | $491.00 | $491.00 | $491.00 | $491.00 |
| James C. Herring & Associates | $2,700.00 | 0.00% | $0.00 | $750.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| Lacks | $439.57 | 5.00% | $25.34 | $18.89 | $15.32 | $15.35 | $15.38 | $15.41 | $15.43 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 |
| NEW BALANCE: | | | | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$2,430.00** | **$2,430.00** | **$2,430.00** | **$2,430.00** | **$2,430.00** | **$2,430.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 7 | MONTH 8 | MONTH 9 | MONTH 10 | MONTH 11 | MONTH 12 |
|---|---|---|---|---|---|---|---|---|---|
| American Home Mortgage Servici | $9,777.09 | 5.00% | $563.46 | $343.98 | $344.64 | $365.63 | $447.83 | $448.67 | $449.53 |
| American Home Mortgage Servici | $2,826.31 | 5.00% | $162.90 | $99.44 | $99.63 | $105.70 | $129.45 | $129.70 | $129.94 |
| American Home Mortgage Servici | $9,286.94 | 0.00% | $0.00 | $317.37 | $316.65 | $334.54 | $408.05 | $407.13 | $406.20 |
| American Home Mortgage Servici | $2,128.88 | 0.00% | $0.00 | $72.75 | $72.59 | $76.69 | $93.54 | $93.33 | $93.12 |
| American Honda Finance | $26,795.65 | 6.50% | $3,859.63 | $515.00 | $515.00 | $515.00 | $515.00 | $515.00 | $515.00 |
| Bell County Tax A/C | $0.00 | 12.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bk Of Amer | $10,000.00 | 5.00% | $745.00 | $325.00 | $325.00 | $325.00 | $325.00 | $325.00 | $325.00 |
| Capital One Auto Finance | $26,596.53 | 5.00% | $2,911.09 | $491.00 | $491.00 | $491.00 | $491.00 | $491.00 | $491.00 |
| James C. Herring & Associates | $2,700.00 | 0.00% | $0.00 | $250.00 | $250.00 | $200.00 | $0.00 | $0.00 | $0.00 |
| Lacks | $439.57 | 5.00% | $25.34 | $15.46 | $15.49 | $16.44 | $20.13 | $20.17 | $20.21 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 |
| NEW BALANCE: | | | | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$2,430.00** | **$2,430.00** | **$2,430.00** | **$2,430.00** | **$2,430.00** | **$2,430.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 13 | MONTH 14 | MONTH 15 | MONTH 16 | MONTH 17 | MONTH 18 |
|---|---|---|---|---|---|---|---|---|---|
| American Home Mortgage Servici | $9,777.09 | 5.00% | $563.46 | $450.37 | $451.22 | $452.07 | $452.92 | $453.77 | $454.61 |
| American Home Mortgage Servici | $2,826.31 | 5.00% | $162.90 | $130.19 | $130.44 | $130.68 | $130.93 | $131.17 | $131.42 |
| American Home Mortgage Servici | $9,286.94 | 0.00% | $0.00 | $405.29 | $404.36 | $403.44 | $402.52 | $401.60 | $400.68 |
| American Home Mortgage Servici | $2,128.88 | 0.00% | $0.00 | $92.90 | $92.69 | $92.48 | $92.27 | $92.06 | $91.85 |
| American Honda Finance | $26,795.65 | 6.50% | $3,859.63 | $515.00 | $515.00 | $515.00 | $515.00 | $515.00 | $515.00 |
| Bell County Tax A/C | $0.00 | 12.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bk Of Amer | $10,000.00 | 5.00% | $745.00 | $325.00 | $325.00 | $325.00 | $325.00 | $325.00 | $325.00 |
| Capital One Auto Finance | $26,596.53 | 5.00% | $2,911.09 | $491.00 | $491.00 | $491.00 | $491.00 | $491.00 | $491.00 |
| James C. Herring & Associates | $2,700.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lacks | $439.57 | 5.00% | $25.34 | $20.25 | $20.29 | $20.33 | $20.36 | $20.40 | $20.44 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 |
| NEW BALANCE: | | | | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$2,430.00** | **$2,430.00** | **$2,430.00** | **$2,430.00** | **$2,430.00** | **$2,430.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 19 | MONTH 20 | MONTH 21 | MONTH 22 | MONTH 23 | MONTH 24 |
|---|---|---|---|---|---|---|---|---|---|

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

IN RE: **Andre LazarYoung, Debtor**

**Debbie Lagail Young, Joint Debtor**

CASE NO **Unknown**

CHAPTER **13**

| | AMOUNT | INT RATE | INT PAID | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| American Home Mortgage Servici | $9,777.09 | 5.00% | $563.46 | $455.46 | $456.31 | $457.15 | $458.00 | $458.85 | $459.70 |
| American Home Mortgage Servici | $2,826.31 | 5.00% | $162.90 | $131.66 | $131.91 | $132.15 | $132.39 | $132.64 | $132.88 |
| American Home Mortgage Servici | $9,286.94 | 0.00% | $0.00 | $399.76 | $398.84 | $397.93 | $397.01 | $396.09 | $395.17 |
| American Home Mortgage Servici | $2,128.88 | 0.00% | $0.00 | $91.64 | $91.43 | $91.22 | $91.01 | $90.79 | $90.58 |
| American Honda Finance | $26,795.65 | 6.50% | $3,859.63 | $515.00 | $515.00 | $515.00 | $515.00 | $515.00 | $515.00 |
| Bell County Tax A/C | $0.00 | 12.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bk Of Amer | $10,000.00 | 5.00% | $745.00 | $325.00 | $325.00 | $325.00 | $325.00 | $325.00 | $325.00 |
| Capital One Auto Finance | $26,596.53 | 5.00% | $2,911.09 | $491.00 | $491.00 | $491.00 | $491.00 | $491.00 | $491.00 |
| James C. Herring & Associates | $2,700.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lacks | $439.57 | 5.00% | $25.34 | $20.48 | $20.51 | $20.55 | $20.59 | $20.63 | $20.67 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 |
| NEW BALANCE: | | | | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $2,430.00 | $2,430.00 | $2,430.00 | $2,430.00 | $2,430.00 | $2,430.00 |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 25 | MONTH 26 | MONTH 27 | MONTH 28 | MONTH 29 | MONTH 30 |
|---|---|---|---|---|---|---|---|---|---|
| American Home Mortgage Servici | $9,777.09 | 5.00% | $563.46 | $349.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Home Mortgage Servici | $2,826.31 | 5.00% | $162.90 | $101.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Home Mortgage Servici | $9,286.94 | 0.00% | $0.00 | $299.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Home Mortgage Servici | $2,128.88 | 0.00% | $0.00 | $68.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Honda Finance | $26,795.65 | 6.50% | $3,859.63 | $638.89 | $1,033.48 | $1,037.57 | $1,042.12 | $1,047.22 | $1,052.99 |
| Bell County Tax A/C | $0.00 | 12.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bk Of Amer | $10,000.00 | 5.00% | $745.00 | $344.90 | $400.62 | $392.85 | $384.17 | $374.39 | $363.29 |
| Capital One Auto Finance | $26,596.53 | 5.00% | $2,911.09 | $611.72 | $995.90 | $999.58 | $1,003.71 | $1,008.39 | $1,013.72 |
| James C. Herring & Associates | $2,700.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lacks | $439.57 | 5.00% | $25.34 | $15.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 |
| NEW BALANCE: | | | | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $2,430.00 | $2,430.00 | $2,430.00 | $2,430.00 | $2,430.00 | $2,430.00 |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 31 | MONTH 32 | MONTH 33 | MONTH 34 | MONTH 35 | MONTH 36 |
|---|---|---|---|---|---|---|---|---|---|
| American Home Mortgage Servici | $9,777.09 | 5.00% | $563.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Home Mortgage Servici | $2,826.31 | 5.00% | $162.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Home Mortgage Servici | $9,286.94 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Home Mortgage Servici | $2,128.88 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Honda Finance | $26,795.65 | 6.50% | $3,859.63 | $1,059.61 | $1,067.30 | $1,136.86 | $1,237.82 | $1,237.88 | $1,237.87 |
| Bell County Tax A/C | $0.00 | 12.00% | $0.00 | $350.50 | $335.57 | $198.71 | $0.00 | $0.00 | $0.00 |
| Bk Of Amer | $10,000.00 | 5.00% | $745.00 | $350.50 | $335.57 | $198.71 | $0.00 | $0.00 | $0.00 |
| Capital One Auto Finance | $26,596.53 | 5.00% | $2,911.09 | $1,019.89 | $1,027.13 | $1,094.43 | $1,192.18 | $1,192.12 | $1,192.13 |
| James C. Herring & Associates | $2,700.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lacks | $439.57 | 5.00% | $25.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 |
| NEW BALANCE: | | | | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $2,430.00 | $2,430.00 | $2,430.00 | $2,430.00 | $2,430.00 | $2,430.00 |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 37 | MONTH 38 | MONTH 39 | MONTH 40 | MONTH 41 | MONTH 42 |
|---|---|---|---|---|---|---|---|---|---|
| American Home Mortgage Servici | $9,777.09 | 5.00% | $563.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Home Mortgage Servici | $2,826.31 | 5.00% | $162.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Home Mortgage Servici | $9,286.94 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Home Mortgage Servici | $2,128.88 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Honda Finance | $26,795.65 | 6.50% | $3,859.63 | $1,237.75 | $1,237.45 | $1,236.76 | $1,234.96 | $818.75 | $0.00 |
| Bell County Tax A/C | $0.00 | 12.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bk Of Amer | $10,000.00 | 5.00% | $745.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Capital One Auto Finance | $26,596.53 | 5.00% | $2,911.09 | $1,192.25 | $1,192.55 | $1,193.24 | $1,195.04 | $799.64 | $0.00 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE:  **Andre LazarYoung,  Debtor**

CASE NO   **Unknown**

**Debbie Lagail Young,  Joint Debtor**

CHAPTER   **13**

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| James C. Herring & Associates | $2,700.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lacks | $439.57 | 5.00% | $25.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 |
| NEW BALANCE: | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | $2,430.00 | $2,430.00 | $2,430.00 | $2,430.00 | $1,618.39 | $0.00 |
| DISTRIBUTION TO GENERAL UNSECUREDS: | $0.00 | $0.00 | $0.00 | $0.00 | $811.61 | $2,430.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 |
| ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 43 | MONTH 44 | MONTH 45 | MONTH 46 | MONTH 47 | MONTH 48 |
|---|---|---|---|---|---|---|---|---|---|
| American Home Mortgage Servici | $9,777.09 | 5.00% | $563.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Home Mortgage Servici | $2,826.31 | 5.00% | $162.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Home Mortgage Servici | $9,286.94 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Home Mortgage Servici | $2,128.88 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Honda Finance | $26,795.65 | 6.50% | $3,859.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bell County Tax A/C | $0.00 | 12.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bk Of Amer | $10,000.00 | 5.00% | $745.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Capital One Auto Finance | $26,596.53 | 5.00% | $2,911.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| James C. Herring & Associates | $2,700.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lacks | $439.57 | 5.00% | $25.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 |
| NEW BALANCE: | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DISTRIBUTION TO GENERAL UNSECUREDS: | $2,430.00 | $2,430.00 | $2,430.00 | $2,430.00 | $2,430.00 | $2,430.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 |
| ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 49 | MONTH 50 | MONTH 51 | MONTH 52 | MONTH 53 | MONTH 54 |
|---|---|---|---|---|---|---|---|---|---|
| American Home Mortgage Servici | $9,777.09 | 5.00% | $563.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Home Mortgage Servici | $2,826.31 | 5.00% | $162.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Home Mortgage Servici | $9,286.94 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Home Mortgage Servici | $2,128.88 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Honda Finance | $26,795.65 | 6.50% | $3,859.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bell County Tax A/C | $0.00 | 12.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bk Of Amer | $10,000.00 | 5.00% | $745.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Capital One Auto Finance | $26,596.53 | 5.00% | $2,911.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| James C. Herring & Associates | $2,700.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lacks | $439.57 | 5.00% | $25.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 |
| NEW BALANCE: | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DISTRIBUTION TO GENERAL UNSECUREDS: | $2,430.00 | $2,430.00 | $2,430.00 | $2,430.00 | $2,430.00 | $2,430.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 |
| ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 55 | MONTH 56 | MONTH 57 | MONTH 58 | MONTH 59 | MONTH 60 |
|---|---|---|---|---|---|---|---|---|---|
| American Home Mortgage Servici | $9,777.09 | 5.00% | $563.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Home Mortgage Servici | $2,826.31 | 5.00% | $162.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Home Mortgage Servici | $9,286.94 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Home Mortgage Servici | $2,128.88 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Honda Finance | $26,795.65 | 6.50% | $3,859.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bell County Tax A/C | $0.00 | 12.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bk Of Amer | $10,000.00 | 5.00% | $745.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Capital One Auto Finance | $26,596.53 | 5.00% | $2,911.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| James C. Herring & Associates | $2,700.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lacks | $439.57 | 5.00% | $25.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE: **Andre LazarYoung, Debtor**

**Debbie Lagail Young, Joint Debtor**

CASE NO    **Unknown**

CHAPTER    **13**

| | | | | | |
|---|---|---|---|---|---|
| BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | $2,700.00 | $2,700.00 | $2,700.00 | $0.00 | $0.00 |
| NEW BALANCE: | $2,700.00 | $2,700.00 | $2,700.00 | $0.00 | $0.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | $2,430.00 | $2,430.00 | $2,430.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | $270.00 | $270.00 | $270.00 | $0.00 | $0.00 |
| ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

B6I (Official Form 6I) (12/07)

In re  **Andre LazarYoung**                                  Case No. _____
       **Debbie Lagail Young**                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): Daughter | Age(s): 16 Years | Relationship(s): | Age(s): |
| | Daughter | 13 Years | | |
| | Son | 7 Years | | |

| **Employment:** | **Debtor** | **Spouse** |
|---|---|---|
| Occupation | Train Master | HR Specialist |
| Name of Employer | BNSF | Department of Treasury |
| How Long Employed | 16 Years | 15 Years |
| Address of Employer | 2100 Baker Blvd | c/o Special Processing Branch |
| | Temple, TX 76502 | PO Box 5558 |
| | | Beckley, WV 25801 |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.   Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $2,918.18 | $3,740.53 |
| 2.   Estimate monthly overtime | $0.00 | $0.00 |
| 3.   SUBTOTAL | **$2,918.18** | **$3,740.53** |
| 4.   LESS PAYROLL DEDUCTIONS | | |
|      a. Payroll taxes (includes social security tax if b. is zero) | $241.48 | $194.54 |
|      b. Social Security Tax | $0.00 | $209.84 |
|      c. Medicare | $42.32 | $90.15 |
|      d. Insurance | $0.00 | $215.24 |
|      e. Union dues | $0.00 | $0.00 |
|      f. Retirement           Mandatory              / Mandatory | $294.72 | $216.95 |
|      g. Other (Specify) _____ | $0.00 | $0.00 |
|      h. Other (Specify) _____ | $0.00 | $0.00 |
|      i. Other (Specify) _____ | $0.00 | $0.00 |
|      j. Other (Specify) _____ | $0.00 | $0.00 |
|      k. Other (Specify) _____ | $0.00 | $0.00 |
| 5.   SUBTOTAL OF PAYROLL DEDUCTIONS | **$578.52** | **$926.72** |
| 6.   TOTAL NET MONTHLY TAKE HOME PAY | **$2,339.66** | **$2,813.81** |
| 7.   Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8.   Income from real property | $0.00 | $0.00 |
| 9.   Interest and dividends | $0.00 | $0.00 |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11.  Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12.  Pension or retirement income | $1,509.70 | $0.00 |
| 13.  Other monthly income (Specify): | | |
|      a. VA Disability              / VA Disability | $920.00 | $1,152.00 |
|      b. _____ / Tax Refund | $0.00 | $97.25 |
|      c. _____ | $0.00 | $0.00 |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | **$2,429.70** | **$1,249.25** |
| 15.  AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$4,769.36** | **$4,063.06** |
| 16.  COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$8,832.42** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **Andre LazarYoung**                                    Case No. _____
        **Debbie Lagail Young**                                              (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,341.97 |
|    a. Are real estate taxes included?  ☒ Yes  ☐ No | |
|    b. Is property insurance included?  ☒ Yes  ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $275.00 |
|            b. Water and sewer | $75.00 |
|            c. Telephone | $59.99 |
|            d. Other:  Cable/Internet | $200.00 |
| 3. Home maintenance (repairs and upkeep) | $100.00 |
| 4. Food | $750.00 |
| 5. Clothing | $125.00 |
| 6. Laundry and dry cleaning | $70.00 |
| 7. Medical and dental expenses | $100.00 |
| 8. Transportation (not including car payments) | $510.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $125.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | |
|           b. Life | |
|           c. Health | |
|           d. Auto | |
|           e. Other:  2nd Mortgage | $341.22 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto: | |
|           b. Other: | |
|           c. Other:  House & Auto Insurance | $208.00 |
|           d. Other:  Day Care | $180.00 |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: See attached personal expenses | $375.00 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$4,836.18** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $8,832.42 |
| b. Average monthly expenses from Line 18 above | $4,836.18 |
| c. Monthly net income (a. minus b.) | $3,996.24 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Andre LazarYoung**                                          CASE NO
        **Debbie Lagail Young**
                                                                CHAPTER      **13**

## EXHIBIT TO SCHEDULE J

### Itemized Personal Expenses

| Expense | Amount |
|---|---|
| School Lunches/Expenses | **$100.00** |
| Work Lunches | **$150.00** |
| Personal Care/Hygiene | **$125.00** |
| Total > | **$375.00** |